NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COMMERCIAL LAWN IRRIGATION, INC.,**
*Plaintiff-Appellant,*

v.

**MONROVIA NURSERY COMPANY, INC.,**
*Defendant-Appellee,*

AND

**UNITED STATES,**
*Intervenor-Appellee.*

---

2012-1413

---

Appeal from the United States District Court for the Southern District of Illinois in case no. 11-CV-0493, Judge G. Patrick Murphy.

---

## ON MOTION

---

## ORDER

The United States has submitted two letters indicating that it should be captioned as an intervenor in this appeal. We interpret this as a motion to reform the official caption.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.

FOR THE COURT

JUN 2 2 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Adam C. Jed, Esq.
    Edward R. Schwartz, Esq.
    Paul A. Lesko, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 2 2012

JAN HORBALY
CLERK